**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| BRENDA F. JAMES, | ) |
|                 Plaintiff, | ) |
| | ) |
|       vs. | ) Case No. 10-2352-KHV-KMH |
| | ) |
| TOYS "R" US – DELAWARE, INC. | ) |
| D/B/A BABIES "R" US | ) |
|                Defendant. | ) |

**<u>ORDER OF DISMISSAL</u>**

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. # 21), the above-captioned action is dismissed with prejudice.  Each party is to bear its own costs.

IT IS SO ORDERED.


DATED:  April 18, 2011                    <u>s/ Kathryn H. Vratil</u>
                                            Kathryn H. Vratil, Chief Judge
                                            United States District Judge